# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| PINPOINT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 12 -cv-1195 |
| | ) | |
| vs. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |
| SEARS, ROEBUCK AND CO., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF AGREED MOTION

TO: Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, June 28, 2012 at 8:30 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Joan H. Lefkow, or any Judge then sitting in her stead in Courtroom Number 1925 in the United States District Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and present **DEFENDANT SEARS, ROEBUCK AND CO.'S CONSENTED-TO MOTION TO STAY**, which was filed and served on June 21, 2012.

Dated: June 22, 2012

Respectfully submitted

/s/ Matthew C. Mousley
*One of the Attorneys for Defendant*
*Sears, Roebuck and Co.*

Rachael G. Pontikes
(ARDC #6275709)
Duane Morris LLP
Suite 3700
190 South LaSalle Street
Chicago, IL 60603-3433
Phone: +1 312 499 6757
Fax: +1 312 277 6903

Arthur Dresner
(admitted pro hac vice)
Duane Morris LLP
1540 Broadway
New York, NY 10036-4086
Phone: +1 212 692 1014
Fax:    +1 212 202 4904

Matthew C. Mousley
(admitted pro hac vice)
Duane Morris LLP
30 S. 17th St.
Philadelphia, PA 19103
Phone: +1 215 979 1804
Fax:    +1 215 689 4936

**CERTIFICATE OF SERVICE**

      I, Matthew C. Mousley, an attorney, certify that on June 22, 2012, a true and correct copy of **DEFENDANT SEARS, ROEBUCK AND CO.'S NOTICE OF AGREED MOTION RE DEFENDANT SEARS, ROEBUCK AND CO.'S CONSENTED-TO MOTION TO STAY** was served on counsel of record electronically through the Northern District of Illinois CM/ECF electronic filing system.

                                                      /s/ Matthew C. Mousley
                                                      Matthew C. Mousley
                                                      *One of the Attorneys for Defendant*
                                                      *Sears, Roebuck and Co.*