# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Pinpoint Incorporated

                        Plaintiff,

v.                                        Case No.: 1:12–cv–01195

                                             Honorable Joan H. Lefkow

Sears Roebuck and Co

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 5, 2012:

      MINUTE entry before Honorable Joan H. Lefkow: On the Courts own motion, status hearing set for 12/6/2012 is stricken and reset to 2/5/2013 at 8:30 A.M. Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.