IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PINPOINT INCORPORATED,<br><br>        Plaintiff,<br><br> v.<br><br>SEARS, ROEBUCK AND CO.<br><br>        Defendant. | Case No. 12 cv 1195<br><br>Honorable Joan H. Lefkow<br>Magistrate Honorable Geraldine Soat Brown<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF RULING

    Pinpoint filed its complaint in this action on February 21, 2012. (Dkt. No. 1). On June 28, 2012, this Court stayed all proceedings pending resolution of issues relating to indefiniteness and claim construction of the presently disputed patents in a related action, *Pinpoint Incorporated v. Hotwire, Inc.*, Civil Action No. 11-cv-5597, U.S. District Court for the Northern District of Illinois, (J. Grady). (Dkt. No. 29). On March 20, 2013, Judge Grady ruled that the presently disputed patents are not invalid for being indefinite, and further addressed issues of claim construction. That opinion is attached as Exhibt A hereto.

Date: April 8, 2013

                    Respectfully submitted,

                    /s/ Paul K. Vickrey
                    Raymond P. Niro
                    Paul K. Vickrey
                    Paul C. Gibbons
                    Brian E. Haan
                    Oliver D. Yang

- 2 -

        Ashley E. LaValley
        NIRO, HALLER & NIRO
        181 W. Madison, Suite 4600
        Chicago, IL 60602
        (312) 236-0733
        Fax: (312) 236-3137
        rniro@nshn.com
        vickrey@nshn.com
        gibbons@nshn.com
        bhaan@nshn.com
        oyang@nshn.com
        alavalley@nshn.com

        *Attorneys for Pinpoint Incorporated*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2013 the foregoing

## NOTICE OF RULING

was filed with the Clerk of Court pursuant the Court's CM/ECF procedures. The foregoing was also served upon the following counsel of record via electronic transmission.

| | |
|---|---|
| James J. Lukas, Jr.<br>lukasj@gtlaw.com<br>Greenberg Traurig, LLP<br>77 West Wacker Drive<br>Suite 3100<br>Chicago, Illinois 60601<br>Tel: (312) 456-8400<br><br>***Attorney for Sears Roebuck and Co.*** | Rachael G. Pontikes<br>rgpontikes@duanemorris.com<br>Duane Morris LLP<br>190 South LaSalle Street<br>Suite 3700<br>Chicago, IL 60603<br>Tel: (312) 499-6757<br><br>Arthur Dresner<br>Duane Morris LLP<br>1540 Broadway<br>New York, NY 10036<br>Tel: (212) 692-1014<br><br>Matthew C. Mousley<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA 19103-4196<br>Tel: (215) 979-1804 |

I certify that all parties in this case are represented by counsel who are CM/ECF participants.

                                                   */s/ Paul K. Vickrey*
                                              Attorneys for Pinpoint Incorporated
                                              NIRO, HALLER & NIRO